AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-cr-889 | Date and time warrant executed: 9/25/19  7:00pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Information and data associated with Facebook account user Mark Anthony Akins (skinnymanbang)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/21/19

_____
Executing officer's signature

John Sonnenbecker, SA
Printed name and title